IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ERSELA J. EVANS,

   Plaintiff,

     v.

JOHN E. POTTER
Postmaster General, United States
Postal Service,

   Defendant.

CIVIL ACTION FILE
NO. 1:08-CV-1687-TWT

ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 10] of the Magistrate Judge recommending granting in part and denying in part the Defendant's Motion to Dismiss [Doc. 4]. For the reasons set forth in the thorough and well reasoned Report and Recommendation, the Defendant's Motion to Dismiss on the grounds of insufficient service of process is DENIED. The Defendant's Motion to Dismiss Plaintiff's claim for punitive damages is GRANTED. The Defendant's Motion to Dismiss pursuant to judicial estoppel is DENIED. The Defendant has failed to show that the Plaintiff clearly acted with the intent to deceive the Bankruptcy Court at the time she filed her Chapter 13 petition and thereafter. No discharge of her debts was ordered. Therefore, this is not

an appropriate case for judicial estoppel. The Court approves and adopts the Report and Recommendation as the judgment of the Court.

SO ORDERED, this 27 day of February, 2009.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge